IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DONNA K. HAGERMAN,
substituted as real party in interest
for Dallas D. Hagerman (deceased),

                Plaintiff,

v.                                          CIVIL ACTION NO. 3:08-0982

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the plaintiff's motion for judgment on the pleadings be granted, the like motion of the defendant be denied, and that benefits be awarded in accordance with Plaintiff's application and the provisions of the Social Security Act, as amended, with an onset date of March 22, 2003. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and consistent with the findings and recommendation, **GRANTS** the plaintiff's motion for judgment on the pleadings, **DENIES** the like motion of the defendant, and **AWARDS** benefits in accordance with Plaintiff's application and the provisions of the Social Security Act, as amended, with an onset date of March 22, 2003.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: February 18, 2010

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE